**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000388
04-OCT-2024
02:48 PM
Dkt. 76 AMORD**

NO. CAAP-23-0000388

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee,
v.
JONATHAN P. SPIES, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CASE NO. 3CPC-21-0001004)

AMENDED[1] ORDER OF CORRECTION
(By: Nakasone, J., for the court[2])

IT IS HEREBY ORDERED that the Memorandum Opinion entered on October 3, 2024 (docket no. 72) in the above case is hereby corrected as follows:

1. On page 17, in subheading "D.," the last line should be replaced with "error" so that as corrected, the subheading reads, "D. The denial of Spies's multiple Motions to Suppress the substance recovered from the vehicle was not error."

---

[1] This amendment corrects the members of the court.

[2] Leonard, Acting Chief Judge, Hiraoka and Nakasone, JJ.

The clerk of the Court is directed to incorporate the foregoing change in the original memorandum opinion.

DATED: Honolulu, Hawai'i, October 4, 2024.

FOR THE COURT:

/s/ Karen T. Nakasone
Associate Judge